| | |
|---|---|
| **From:** | Jacob Stephens |
| **Sent:** | Friday, December 13, 2019 1:01 PM |
| **To:** | 'Christopher Ramey' |
| **Cc:** | 'Marc Sherrin' |
| **Subject:** | FW: Steadfast / Lee - Draft of Settlement Agreement |
| **Attachments:** | Settlement and Release Agreement (12 11 2019).docx; Special Warranty Deed 2111 Oatfield (Settlement).docx; Special Warranty Deed 2113 Oatfield (Settlement).docx |

Have you had an opportunity to review the settlement agreement? Also, I have prepared a draft of the special warranty deeds conveying the properties to the lenders listed in the deed of trust and I have attached a copy of the drafts.

Because the lenders who are trusts cannot hold property, we will need the names of the trustees for each of the trusts. Also, is Vincent Investments a corporate entity? If so, we likely want to put the correct corporate name/form in the deeds.

If you have any questions or wish to discuss, please do not hesitate to call.

Thanks,
Jacob



**From:** Jacob Stephens
**Sent:** Wednesday, December 11, 2019 4:31 PM
**To:** 'Christopher Ramey' <ramey@rameylegal.com>
**Cc:** 'Marc Sherrin' <marc@steadfastfunding.com>
**Subject:** Steadfast / Lee - Draft of Settlement Agreement

Gentlemen,

Attached for your review is the draft of the settlement agreement I have prepared for the lawsuit with George Lee. Please let me know if you have any proposed changes or comments.

Thanks,
Jacob

**Exhibit 6.2**

1

PLAINTIFF 007975



2

PLAINTIFF 007976